UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 NOV -7 AM 9:58

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No. '07 MJ 2613 |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF: |
| **Jose AMBRIZ-Saucedo,** | Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |
| Defendant | |

The undersigned complainant, being duly sworn, states:

On or about **November 6, 2007** within the Southern District of California, defendant, **Jose AMBRIZ-Saucedo,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 7th DAY OF **NOVEMBER, 2007**

Cathy A. Bencivengo
UNITED STATES MAGISTRATE JUDGE



CONTINUATION OF COMPLAINT:
Jose AMBRIZ-Saucedo
A# 79 164 285
PR# 0711-0127

## PROBABLE CAUSE STATEMENT

On November 6, 2007, at approximately 7:25 A.M. Supervisory Border Patrol Agent Filippi was performing Border Patrol duties east of the Otay Mesa Port of Entry on Siempre Viva Road. This area is located approximately one mile east of the Otay Mesa, California, Port of Entry, and one mile north of the United States/Mexico international border. Agent Filippi observed three individuals attempting to hide in some brush on the northwest corner of a truck lot north of Marconi place. Agent Filippi approached the individuals and identified himself as a United States Border Patrol Agent. Agent Filippi then proceeded to conduct an immigration inspection on all three individuals, including one later identified as the defendant, **Jose AMBRIZ-Saucedo**. All three individuals including the defendant stated that they were citizens and nationals of Mexico without any immigration documents to be in or remain in the United States. Agent Filippi placed the defendant and the other two individuals under arrest and had them transported to the Chula Vista Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on March 20, 2006** through **Calexico, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant stated that he illegally entered the United States by jumping the International Border fence near the Otay Mesa, California Port of Entry. The defendant stated he is a citizen and national of Mexico without the proper immigration documents to enter or remain in the United States legally.